[Nos. 13966–5–I; 14401–4–I.   Division One.   October 29, 1984.]

*In the Matter of the Personal Restraint of*
JOSEPH W. NICHOLLS, *Petitioner.*

Petitions for relief from personal restraint. *Granted in part* and *denied in part* by unpublished per curiam opinion.

[No. 14050–7–I.   Division One.   October 29, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT THOMAS HARVEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–8–00052–5, Charles V. Johnson, J., entered October 27, 1983. *Remanded with instructions* by unpublished per curiam opinion.

[No. 13170–2–I.   Division One.   October 29, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. RANDY DEAN CHRZANOSKI, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–01981–6, Francis E. Holman, J., entered April 25, 1983. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson, J., Ringold, J., dissenting.

[No. 13429–9–I.   Division One.   October 29, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT LEE STEVENSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–1–00330–6, Liem E. Tuai, J., entered July 5, 1983. *Affirmed* by unpublished opinion per Durham, C.J., concurred in by Swanson and Scholfield, JJ.